This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40058**

**LLAVE ENTERPRISES, INC.,**

     Plaintiff-Appellant,

v.

**ERIK LOHMEIER, ELIZABETH LOHMEIER, and PIXEL WOLF STRATEGIES, LLC,**

     Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Victor S. Lopez, District Judge**

Jackson Loman Stanford Downey & Stevens-Block, P.C.
J. Douglas Foster
Albuquerque, NM

for Appellant

Erik Lohmeier
Elizabeth Lohmeier
Pixel Wolf Strategies, LLC

Pro Se Appellees

### MEMORANDUM OPINION

**BOGARDUS, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired. **REVERSED.**

**{2}** **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**ZACHARY A. IVES, Judge**